**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Metropolitan Transit Authority v. Beverly Brooks
and
Beverly Brooks v. Metropolitan Transit Authority

Appellate case number:   01-16-00158-CV

Trial court case number: 2013-19862

Trial court:             269th District Court of Harris County

Appellant, Metropolitan Transit Authority ("METRO"), and appellant, Beverly Brooks, each filed a notice of appeal of the trial court's final judgment, signed on December 4, 2015. Each appellant's brief initially was due on August 8, 2016. *See* TEX. R. APP. P. 38.6(a). On August 29, 2016, Brooks filed her appellant's brief. METRO's appellee's brief, therefore, was due on September 28, 2016.

On August 31, 2016, this Court granted METRO's first motion to extend time and extended the time to file its appellant's brief to October 17, 2016, with no further extensions absent exceptional circumstances. On October 25, 2016, we granted METRO's second motion and extended the time to file its appellant's brief to December 16, 2016, with no additional extensions. And, on November 7, 2016, we granted METRO's motion to extend the time to file its appellee's brief and extended the time to file that brief to December 16, 2016, with no further extensions. METRO, representing that it "has been trying to settle this appeal," has filed a third motion to extend time to file its brief. We **grant** the motion. **METRO's appellant's brief and appellee's brief, if any, are due to be filed no later than January 17, 2017. No additional extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                   ☑ Acting individually     ☐ Acting for the Court

Date: January 12, 2017